

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ROBERT K. HUDNALL and SHARON E. HUDNALL, | § | No. 08-19-00293-CV |
| | § | |
| Appellants, | § | Appeal from the |
| | § | 448th District Court |
| v. | § | of El Paso County, Texas |
| SMITH AND RAMIREZ RESTORATION, L.L.C., | § | (TC# 2015DCV1113) |
| | § | |
| Appellee. | | |

## **MEMORANDUM OPINION**

In this second attempted appeal, *pro se* Appellants Robert K. Hudnall and Sharon E. Hudnall seek to challenge a trial court order granting a motion to compel arbitration filed by Smith and Ramirez Restoration, L.L.C.[1] We again dismiss for want of jurisdiction.

Appellate courts have jurisdiction over final judgments and those specific interlocutory orders deemed reviewable by statute. *See* TEX.CIV.PRAC.&REM.CODE ANN. §§ 51.012 and 51.014. As we stated previously, while orders *denying* a motion to compel arbitration are subject to interlocutory appeal, orders *granting* a motion to compel arbitration are not; consequently, the

---

[1] The Hudnalls filed a previous notice of appeal (1) challenging the same trial court order granting a motion to compel arbitration that is at issue in this appeal, (2) challenging certain trial court discovery orders, and (3) asking for a permissive appeal. *See Hudnall v. Smith & Ramirez Restoration, L.L.C.*, No. 08-19-00217-CV, 2019 WL 4668508, at *1-*2 (Tex.App.—El Paso Sept. 25, 2019, no pet.)(mem. op.). We dismissed that appeal for want of jurisdiction. *Id*.

Court lacks jurisdiction to entertain an interlocutory appeal from the order compelling arbitration. *See Hudnall v. Smith & Ramirez Restoration, L.L.C.*, No. 08-19-00217-CV, 2019 WL 4668508, at *1-*2 (Tex.App.—El Paso Sept. 25, 2019, no pet.)(mem. op.). Because the Hudnalls are attempting to appeal from an order granting a motion to compel arbitration, we lack interlocutory jurisdiction to review the propriety of the order.

We dismiss this appeal for want of jurisdiction.


January 24, 2020

YVONNE T. RODRIGUEZ, Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.